DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MIGUEL KERCHERVAL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-07-074-EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER;** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| MIGUEL KERCHERVAL, | ) | |
| | ) | Date: May 23, 2008 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Hon. Edward J. Garcia |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE RODRIGUEZ, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of May 23, 2008 be vacated, and the matter be set for status conference on June 13, 2008 at 10:00 a.m.

    The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

    Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including June 13, 2008 pursuant to 18 U.S.C.

1  §3161 (h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based
2  upon continuity of counsel and defense preparation.
3  DATED: May 16, 2008.              Respectfully submitted,
4                                    DANIEL J. BRODERICK
                                     Federal Public Defender
5

6
   DATED: May 16, 2008.              /s/ Linda C. Harter
7                                    LINDA C. HARTER
                                     Chief Assistant Federal Defender
8                                    Attorney for Defendant

9                                    McGREGOR W. SCOTT
                                     United States Attorney
10

11
   DATED: May 16, 2008.              /s/Michelle Rodriguez
12                                   MICHELLE RODRIGUEZ
                                     Assistant U.S. Attorney
13                                   Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including June 13, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

DATED: May 15, 2008.      /s/ Edward J. Garcia
                          EDWARD J. GARCIA
                          United States District Judge