**OFFICE OF THE FEDERAL DEFENDER**
**EASTERN DISTRICT OF CALIFORNIA**
**801 I STREET, 3rd FLOOR**
**SACRAMENTO, CALIFORNIA  95814**

*Daniel J. Broderick*  (916) 498-5700  Fax: (916) 498-5710  *Linda C. Harter*
*Federal Defender*  *Chief Assistant Defender*

# M E M O R A N D U M

DATE:     August 19, 2008

TO:       Colleen Lydon, Courtroom Clerk to
          Honorable Edward J. Garcia

FROM:     B. Cricket Fox, Secretary to
          Linda C. Harter, Chief Assistant Federal Defender

SUBJECT:  Miguel Kercherval
          CR-S-07-074-EJG

---

This Memo shall serve as confirmation that Judgment and Sentencing, presently scheduled for August 22, 2008, is to be continued to **Friday, September 19, 2008 at 10:00 a.m.**

The following will be the new schedule for filing of formal objections to the Presentence report:

Motion for Correction Due No Later Than . . . . . . . . . . . . . . . . . . . . . . August 29, 2008

Reply Due No Later Than . . . . . . . . . . . . . . . . . . . . . . . . . . . . . September 5, 2008

The Courtroom Clerk and all parties have been notified of the new scheduled dates.

IT IS SO ORDERED.

Dated: August 20, 2008                    /s/EDWARD J. GARCIA
                                          United States District Court

/cf
cc:   Linda Dillon, USPO
      Miguel Kercherval