1  McGREGOR W. SCOTT
   United States Attorney
2  MICHELLE RODRIGUEZ
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR. NO. S-07-074-EJG |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION TO CONTINUE** |
| v. | ) **SENTENCING HEARING AND** |
| | )               **ORDER** |
| MIGUEL KERCHERVAL, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Defendant KERCHERVAL has rejected the United States' offer to resolve the sentencing issues raised via his sentencing memorandum dated August 29, 2008.  Accordingly, a new sentencing date and briefing schedule are warranted.

IT IS HEREBY STIPULATED, between plaintiff United States and defendant KERCHERVAL, by his counsel, AFD Linda Harter, as follows: (1) the sentencing hearing set for September 19, 2008 be vacated; (2) the following briefing schedule be adopted: (a) US Sentencing Memoranda due October 3, 2008 and (b) Defendant's Reply Memorandum, if any, due October 10, 2008; and (3) this Court set the sentencing

1 | hearing at 10:00am on October 24, 2008.  The US Probation Office
2 | concurs with the proposed sentencing hearing date.
3 |
4 | DATED:   9/10/08            McGREGOR W. SCOTT
  |                             United States Attorney
5 |                             By:   /s/Michelle Rodriguez
  |                                   MICHELLE RODRIGUEZ
6 |                                   Assistant U.S. Attorney
7 |
8 |                                   /s/Michelle Rodriguez for
  | DATED:   9/10/08                  Linda Harter (approved via phone)
9 |                                   AFD LINDA HARTER, ESQ.
  |                                   Attorney for KERCHERVAL
10 |
11 |
12 |                    *************************
13 |
14 |                              **ORDER**
15 |      HEREBY, based on the stipulation of the parties, this Court
16 | enters the following ORDER:
17 | 1.  The sentencing hearing scheduled for 9/19/2008 is vacated.
18 | 2.  The following sentencing schedule is adopted:
19 |     (a) US Sentencing Memoranda due 10/3/2008, and
20 |     (b) Defendant's Reply Memorandum, if any, due 10/10/2008.
21 | 3.  This Court's clerk is directed to calendar the sentencing
22 |     hearing for 10:00am on October 24, 2008.
23 |
24 | DATED: 9/15/08                    /s/ Edward J. Garcia
  |                                   EDWARD J. GARCIA
25 |                                   U.S. DISTRICT COURT JUDGE
  |                                   E.D. CALIFORNIA
26 | ///
27 |
28 |