**OFFICE OF THE FEDERAL DEFENDER**
EASTERN DISTRICT OF CALIFORNIA
801 I STREET, 3rd FLOOR
SACRAMENTO, CALIFORNIA  95814

| | | |
|---|---|---|
| *Daniel J. Broderick*<br>*Federal Defender* | (916) 498-5700  Fax: (916) 498-5710 | *Linda C. Harter*<br>*Chief Assistant Defender* |

# M E M O R A N D U M & ORDER

DATE:      October 22, 2008

TO:        Colleen Lydon, Courtroom Clerk to
           Honorable Edward J. Garcia

FROM:      B. Cricket Fox, Secretary to
           Linda C. Harter, Chief Assistant Federal Defender

SUBJECT:   Miguel Kercherval
           CR-S-07-074-EJG

---

      This Memo shall serve as confirmation that Judgment and Sentencing, presently scheduled for October 24, 2008, is to be continued to **Friday, November 7, 2008 at 10:00 a.m.**

Defendant's Reply will be due no later than October 31, 2008.

The Courtroom Clerk and all parties have been notified of the new scheduled dates.


IT IS SO ORDERED.

Dated: October 22, 2008                    /s/ Edward J. Garcia
                                           EDWARD J. GARCIA
                                           United States District Court

/cf
cc:   Linda Dillon, USPO
      Miguel Kercherval