1  PHILLIP A. TALBERT
   United States Attorney
2  ROSS K. NAUGHTON
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: 916-554-2700

5  Attorneys for Respondent
   United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:07-cr-00074-WBS-DB |
|---|---|
| Plaintiff/Respondent, | STIPULATION AND PROPOSED ORDER EXTENDING DEADLINE FOR GOVERNMENT TO FILE RESPONSE TO SECTION 2255 MOTION |
| v. | |
| MIGUEL KERCHERVAL, | |
| Defendant/Movant. | |

Respondent United States of America, by and through its attorneys of record, Phillip A. Talbert, United States Attorney, and Ross K. Naughton, Assistant United States Attorney, hereby requests an extension of time until October 30, 2017, in which to file its answering brief to defendant Miguel Kercherval's section 2255 petition.

Counsel for the government needs additional time to research and write the government's response. Counsel for defendant/movant does not oppose the Government's request.

Dated: August 29, 2017                    PHILLIP A. TALBERT
                                          United States Attorney

                                          /s/ *ROSS K. NAUGHTON*
                                          ROSS K. NAUGHTON
                                          Assistant United States Attorney

|                                    | /s/ *MIA CRAGER*                                    |
|------------------------------------|-----------------------------------------------------|
| Dated: August 29, 2017             |                                                     |
|                                    | MIA CRAGER                                          |
|                                    | Counsel for Movant                                  |
|                                    | Miguel Kercherval                                   |

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is further ordered that the government's answering brief to the section 2255 petition is now due October 30, 2017. Defendant/movant may file any reply on or before 30 days from the date that the government's answer is filed.

DATED: August 29, 2017

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-habeas/kerc0074.answ eot